# EXHIBIT A

Gail Moody
705 E 52nd St
Tacoma, Wa 98404
(253) 222-0916

March 16, 2015

Dear Judge Leighton,

I accept full responsibility for theft of Government Money due to a Gambling Addiction. I attend Gambler's Annonymous Meetings and have abstained from Gambling since my conviction. GA has taught me many things about myself and I have tremendous support from fellow members and the tools that are provided. I am determined to abstain from Gambling for the rest of my life as this addiction has totally destroyed my life. Prior to this conviction I have always been a law abiding citizen who took pride in my work and retired after 27 yrs. of working for the Department of the Army "Lodging". I have always had strong work ethics which reflect in 27 Yrs. of Outstanding Performance Ratings

A day does not go by that I do not deeply regret taking money that was not mine. The shame and regret I feel is beyond comprehension. I have caused a tremendous problem for my Family at a time in life when my Family needs me the most. I have two Sisters. One cares full time for my Father who has Damentia and lives in Wenatchee, WA. My other Sister lives in CA and has a full time job caring for her husband who has Cancer (Multiple Myeloma). I live with and take care of my Mother who needs daily assistance with household tasks and I take her to her Dr. Appts. and other places she needs to go as she no longer is able to drive. Due to my illegal activity, my Mother will most likely have to go live in a nursing home while I am incarcerated. This is not the way my Mother planned on spending her last years of life. I will take this regret to my grave and it will haunt me for the rest of my life. I have dissappointed my Family to no end. I hate the fact that my parents are stressing about my situation at a time in their lives when they should not have to worry about me.

My plan is to work as many jobs as it takes to repay the money I embezzled as fast as I possibly can. Until I have paid restitution in full and completed everything the court orders my life will not be normal and happy as it once was. I am looking forward to taking care of all obligations as soon as I possibly can and getting this all behind me.

Thank You for your time and consideration.


Sincerely,

*Gail Moody*
Gail Moody.